UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CIVIL ACTION NO. 1:22-CV-00023-GNS-HBB

SUSIE W.[1]   PLAINTIFF

v.

KILOLO KIJAKAZI, ACTING COMMISSIONER
SOCIAL SECURITY ADMINISTRATION   DEFENDANT

## ORDER

The above matter having been referred to the United States Magistrate Judge who has filed his Findings of Fact, Conclusions of Law, and Recommendation, no objections having been filed thereto, and the Court having considered the same:

**IT IS HEREBY ORDERED** that the Court **ADOPTS** the findings of fact and conclusions of law as set forth in the report submitted by the United States Magistrate Judge.

**IT IS FURTHER ORDERED** that the final decision of the Commissioner is **AFFIRMED**, and judgment is **GRANTED** for the Commissioner.

Greg N. Stivers, Chief Judge
United States District Court

February 22, 2023

cc:   counsel of record

---

[1] Pursuant to General Order 22-05, Plaintiff's name in this matter was shortened to first name and last initial.